Lee M. Andelin/UT 10830

**BEUS GILBERT** PLLC

ATTORNEYS AT LAW

701 NORTH 44TH STREET

PHOENIX, ARIZONA  85008

TELEPHONE (480) 429-3000

FAX (480) 429-3100

landelin@beusgilbert.com

*Attorney for Plaintiff*


## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BEUS GILBERT PLLC<br><br>                              Plaintiff,<br><br>            vs.<br><br>DONALD ROBERTSON, BRIGHAM YOUNG UNIVERSITY, WEILIN XIE, AND DANIEL L. SIMMONS<br><br>                              Defendants. | Case Number: 2:14-cv-00206-BCW<br><br>**NOTICE OF MOTION TO CONSOLIDATE**<br><br>Judge:  C.M.J. Brooke C. Wells |

PLEASE TAKE NOTICE that Plaintiff Beus Gilbert PLLC has moved pursuant to DUCivR 42-1 to consolidate the above-captioned action into *Beus Gilbert PLLC v. Brigham Young University*, No. 12-cv-00970-RJS (the *Xie* action), for all purposes. The motion, supporting papers, and proposed order can be found on the *Xie* docket. Memoranda in opposition, if any, must be filed in the *Xie* action no later than May 1, 2014. *See* DUCivR 7-1(b)(3)(B).

DATED this seventeenth day of April, 2014.

**BEUS GILBERT PLLC**


By_____*/s/ Lee M. Andelin*_____
            Lee M. Andelin
            701 North 44th Street
            Phoenix, Arizona  85008

            *Attorney for Plaintiff*